FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SCOTT KENNEDY BRETT,<br><br>  Defendant. | No.  4:16-CR-06006-SMJ<br><br>**JUDGMENT OF ACQUITTAL** |

A trial began in the above-captioned matter on November 13, 2018. Defendant Scott Kennedy Brett was present, represented by Scott W. Johnson. Assistant U.S. Attorneys James A. Goeke and Daniel Hugo Fruchter appeared on behalf of the Government. On November 16, 2018, a jury found Defendant not guilty as charged.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant is **ACQUITTED** and **DISCHARGED**, and any bond is exonerated.

2. All pending motions are **DENIED AS MOOT**.

3. All hearings and other deadlines are **STRICKEN**.

4. The Clerk's Office is directed to **CLOSE** this file.

JUDGMENT OF ACQUITTAL - 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 19th day of November 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

JUDGMENT OF ACQUITTAL - 2